# STATE OF MICHIGAN

# COURT OF APPEALS

DAVID PEGOWSKI and KAREN PEGOWSKI,

      Plaintiffs-Appellants,

v

COURTLAND VENTURES, L.L.C., CARLOS
RODRIGUEZ, and C & R LAWN SERVICE
AND SNOW PLOWING,

      Defendants-Appellees.

UNPUBLISHED
April 5, 2016

No. 323881
Kent Circuit Court
LC No. 12-011285-NO

Before: BECKERING, P.J., and GLEICHER and M. J. KELLY, JJ.

BECKERING, P.J. (*concurring*).

      I concur in result only.

/s/ Jane M. Beckering

-1-